UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 6:22-CR-20-REW-HAI |
| v. ) | |
| ) | ORDER |
| TAYLOR SMITH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

After conducting Rule 11 proceedings, *see* DE 34 (Minute Entry), Judge Ingram recommended that the undersigned accept Defendant Taylor Smith's guilty plea and adjudge her guilty of Count One of the Indictment (DE 1). *See* DE 37 (Recommendation); *see also* DE 36 (Plea Agreement). Further, Judge Ingram recommended that Smith's request for a self-report date of October 14, 2022, be granted given her compliance with the terms of release on bond and her need to attend to family matters prior to being taken into custody. *See* DE 37 at 2. Judge Ingram expressly informed Smith of her right to object to the recommendation and to secure de novo review from the undersigned. *See* DE 37 at 3. The established three-day objection deadline has passed, and no party has objected.

The Court is not required to "review . . . a magistrate [judge]'s factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996)) (alterations adopted) (noting that the Sixth Circuit has "long held that, when a defendant does 'not raise an argument in his objections to the magistrate [judge]'s report and recommendation he has forfeited his right to raise this issue on appeal.'"); *United States v. Olano*, 133 S. Ct. 1770, 1777 (1993) (distinguishing waiver and forfeiture); FED. R. CRIM. P. 59(b)(2)-(3) (limiting de

novo review duty to "any objection" filed); 28 U.S.C. § 636(b)(1) (limiting de novo review duty to "those portions" of the recommendation "to which objection is made").

The Court thus, with no objection from any party and on full review of the record, **ORDERS** as follows:

1. The Court **ADOPTS** DE 37, **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of Count One of the Indictment (DE 1);

2. The Court **GRANTS** Defendant's request to self-report on October 14, 2022[1], thus she shall report to the USMS at the London Courthouse by 1 p.m. on said date; and

3. The Court will issue a separate sentencing order.

This the 11th day of October, 2022.

Signed By:
*Robert E. Wier*
United States District Judge

---

[1] This is a mandatory detention case under § 3143(a)(2). The defense does not advocate for any exception under that statute or § 3145(c). As such, Smith shall self-report as stated and will, absent intervening orders, be detained pending sentencing.